Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Log Storm Security, Inc.
Debtor

Case No.: 20−12043−KCF
Chapter 7

Log Storm Security, Inc.
Plaintiff

v.

Banc of America Leasing & Capital, LLC
Defendant

Adv. Proc. No. 20−01206−MBK                Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on June 13, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 10 − 8
ORDER CLOSING ADVERSARY PROCEEDING (Case Number: 3:2020−ap−1206−MBK). Reason: (related document:8 Order (Generic)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/13/2022. (bwj)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 13, 2022
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

Log Storm Security, Inc.,
    Plaintiff

Banc of America Leasing & Capital, LLC,
    Defendant

Adv. Proc. No. 20-01206-MBK

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 13, 2022 | Form ID: orderntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Banc of America Leasing & Capital, LLC, c/o Capehart & Scatchard. PA, 8000 Midlantic Drive, Suite 300S, PO Box 5016, Mount Laurel, NJ 08054-5016 |
| pla | | Dale Cline, 41 Lake Ridge Road, Bolton Landing, NY 12814 |
| pla | + | Log Storm Security, Inc., 3171 Route 9 North PMB#331, Old Bridge, NJ 08857-2690 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Richard D. Trenk | |
| | on behalf of Plaintiff Dale Cline rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Richard D. Trenk | |
| | on behalf of Plaintiff Log Storm Security  Inc. rtrenk@trenkisabel.law, cdeangelis@trenkisabel.law |
| Robert S. Roglieri | |
| | on behalf of Plaintiff Log Storm Security  Inc. rroglieri@trenkisabel.law, mmassoud@trenkisabel.law |
| William G. Wright | |
| | on behalf of Defendant Banc of America Leasing & Capital  LLC wwright@capehart.com, jlafferty@capehart.com |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jun 13, 2022     Form ID: orderntc     Total Noticed: 3
TOTAL: 4